**ENTERED ON**
**AUG - 9 2010**
**DOCKET**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. A10-79346-REB |
| KEITH EUGENE THOMAS, | |
| Debtor. | |
| | |
| KEITH EUGENE THOMAS, | ADVERSARY PROCEEDING NO. 10-9064 |
| Plaintiff, | |
| v. | CHAPTER 13 |
| BANK OF AMERICA, et al., | |
| Defendants. | JUDGE BRIZENDINE |

## ORDER DENYING EMERGENCY MOTION TO SET HEARING

Plaintiff-Debtor named above having filed an emergency motion to set hearing on request for injunctive relief on July 23, 2010, and same having been heard on August 4, 2010, it is

**ORDERED** that Plaintiff-Debtor's emergency motion to set hearing on request for injunctive relief be, and the same hereby is, **denied** as said relief appears unnecessary given that the automatic stay is already in place in this case.

The Clerk is directed to serve a copy of this Order upon Plaintiff-Debtor, counsel for Defendant, the Chapter 13 Trustee, and the United States Trustee.

**IT IS SO ORDERED.**

At Atlanta, Georgia this 5th day of August, 2010.

ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE