**IT IS ORDERED as set forth below:**

Date: March 04, 2011

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | : | CASE NUMBER |
| | : | |
| KEITH EUGENE THOMAS, | : | 10-09064-JRS |
| | : | |
| Debtor. | : | CHAPTER 13 |
| _____ | : | |
| | : | |
| KEITH EUGENE THOMAS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, NA. and | : | |
| MCCALLA RAYMER, LLC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

     This matter is before the Court on the Court's Order to show cause why the above-styled adversary proceeding should not be dismissed, entered on February 9, 2011 [Docket No. 22], and Debtor's response thereto filed on February 23, 2011 [Docket No. 24]. The Chapter 13 case, No. 10-79346, (the "Main Case") in which this adversary proceeding was filed was dismissed on November 19, 2010 [Main Case, Docket No. 46]. Debtor filed another Chapter 13 Case, No. 10-95887 on December 3, 2010, and in that case, he filed a similar Adversary Proceeding against the

same defendants, Adversary Proceeding No. 11-05079, on February 9, 2011. The above-styled adversary proceeding was filed on July 23, 2010. Defendants filed a motion to dismiss on November 15, 2010 [Docket No. 20]. Among the grounds asserted by Defendants to dismiss the case is insufficiency of service. Pursuant to Fed R. Civ. P. Rule 4(m), incorporated into the Federal Rules of Bankruptcy Procedure by Fed. R. Bankr. P. 7004, if a complaint filed in an adversary proceeding is not served within one hundred and twenty (120) days after it is filed, the Court may dismiss the adversary proceeding. The Court may also dismiss an adversary proceeding because the underlying bankruptcy case has been dismissed.

The Court has considered the pleadings, including the certificate of service filed by Plaintiff, and all other matters of record herein. Based on the foregoing, this above-styled adversary proceeding should be dismissed because the underlying bankruptcy case was dismissed and because it appears that Defendants were not properly served within one hundred and twenty (120) days after the filing of the Complaint. Accordingly, it is hereby

ORDERED, that the above-styled adversary proceeding is dismissed without prejudice, including but not limited to without any prejudice to the adversary proceeding, No. 11-05079, filed by Debtor in his pending chapter 13 case.

**END OF DOCUMENT**